UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Seymour Wasserstrum, Esq. SW2734
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

Thomas A. Capps, Jr. and Jacqueline C. Capps

Order Filed on July 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:       19-21703

Chapter:        13

Adv. No.:       N/A

Hearing Date: 7/23/2019 @ 10:00 a.m.

Judge:          ABA

## ORDER:

1. **TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

2. **TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(a) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: July 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Thomas A. Capps, Jr. and Jacqueline C. Capps
**Case No:** 19-21703/ABA
**Caption of Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor 1. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Seymour Wasserstrum, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor 1. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that Thomas A Capps, Jr is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that Jacqueline C. Capps is authorized to appear at the 341(a) Hearing on behalf of Thomas A. Capps, Jr.