# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: §
§    **CASE NO. 19-21703-ABA**
**THOMAS A CAPPS, JR.** §
**JACQUELINE C CAPPS** §
     **DEBTORS** §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for Atlantica, LLC** | **Morgan Stanley Mortgage Capital Holdings LLC c/o Specialized Loan Servicing LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   **Specialized Loan Servicing LLC**
   **8742 Lucent Blvd, Suite 300**
   **Highlands Ranch, Colorado 80129**

Court Claim # (if known): 8-1
Amount of Claim: $137,066.89
Date Claim Filed:  08/20/2019

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1035**

Phone:   (800) 315-4757
Last Four Digits of Acct.#:  1035

Name and Address where transferee payments should be sent (if different from above):

   Specialized Loan Servicing, LLC
   PO Box 636007
   Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx1035**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Natalie E. Lea         Date:     11/25/2019
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Thomas A Capps, Jr. and<br>Jacqueline C Capps<br><br>Debtors. | Case No : 19-21703-ABA<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Andrew B. Altenburg, Jr. |

## CERTIFICATION OF SERVICE

1. I, <u>Natalie E. Lea</u> :

    ☒ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>11/25/2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    • Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

<u>11/25/2019</u>                                         <u>/s/ Natalie E. Lea</u>
Date                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas A Capps, Jr.<br>Jacqueline C Capps<br>9 Battles Rd<br>Williamstown, NJ 08094 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable. *) |
| Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.*) |
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.