UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, NJ 08360
P: 856-696-8300
F: 856-696-3586
mylawyer7@aol.com

---

Order Filed on March 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas and Jacqueline Capps

| | |
|---|---|
| Case No.: | 19-21703 |
| Chapter: | 13 |
| Judge: | ABA |

**ORDER AUTHORIZING RETENTION OF**

_____Daniel B. Zones, ESQ_____

The relief set forth on the following page is **ORDERED**.

**DATED: March 18, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Daniel B. Zones, ESQ___
as ___Special Counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  Daniel B. Zones, ESQ
   48 Cunningham Lane
   Cherry Hill, NJ 08003

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas A Capps, Jr.  
Jacqueline C Capps  
      Debtors

Case No. 19-21703-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 18, 2020  
                   Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.  
db/jdb        +Thomas A Capps, Jr.,    Jacqueline C Capps,    9 Battles Rd,    Williamstown, NJ 08094-2034  
aty           +Daniel Zones,    48 Cunningham Lane,    Cherry Hill, NJ, NJ 08003-2502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

                  ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Kevin Gordon McDonald     on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Seymour Wasserstrum     on behalf of Joint Debtor Jacqueline C Capps mylawyer7@aol.com, ecf@seymourlaw.net  
         Seymour Wasserstrum     on behalf of Power of Attorney Jacqueline C. Capps mylawyer7@aol.com, ecf@seymourlaw.net  
         Seymour Wasserstrum     on behalf of Debtor Thomas A Capps, Jr. mylawyer7@aol.com, ecf@seymourlaw.net  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 8