Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-21703 (ABA)

Thomas A. Capps, Jr. and Jacqueline C. Capps  
9 Battles Road  
Williamstown, NJ  08094

Monthly Payment: $431.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2022 | $432.00 | 02/14/2022 | $432.00 | 03/17/2022 | $432.00 | 04/11/2022 | $432.00 |
| 05/16/2022 | $438.00 | 06/16/2022 | $438.00 | 07/14/2022 | $432.00 | 08/11/2022 | $432.00 |
| 09/15/2022 | $388.00 | 09/15/2022 | $44.00 | 10/20/2022 | $432.00 | 11/17/2022 | $446.00 |
| 12/19/2022 | $438.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | THOMAS A. CAPPS, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | ABCO FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AFC URGENT CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLTRAN FINANCIAL, LP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ASSET MAXIMIZATION GROUP INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,377.23 | $0.00 | $0.00 | $0.00 |
| 6 | BRIDGECREST CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CALALRY PORTFOLIO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAVALRY SPV I, LLC | 33 | $887.71 | $0.00 | $0.00 | $0.00 |
| 9 | ATLANTICA, LLC | 24 | $15,242.82 | $10,285.93 | $4,956.89 | $4,749.44 |
| 10 | D&A SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FINANCIAL RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | INSPIRA HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | KENNEDY MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TOWNSHIP OF MONROE | 28 | $2,077.35 | $0.00 | $2,077.35 | $0.00 |
| 18 | NEW JERSEY UROLOGY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $9,544.71 | $0.00 | $0.00 | $0.00 |
| 21 | PENN CREDIT CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | PREFERRED CREDIT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SCHC PEDIATRIC ANES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SMA Medical Lab, Inc | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | SAMS CLUB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | SHEFFIELD FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | WILMINGTON SAVINGS FUND SOCIETY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | JACQUELINE C. CAPPS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | THOMAS A CAPPS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2019 | 7.00 | $0.00 |
| 02/01/2020 | Paid to Date | $1,360.00 |
| 03/01/2020 | 52.00 | $431.00 |
| 07/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,216.00 |
| Total paid to creditors this period: | $4,749.44 |
| Undistributed Funds on Hand: | $400.33 |
| Arrearages: | ($61.00) |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**