**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

| | | |
|---|---|---|
| In Re: | | |
| Thomas A Capps. Jr. | ) | Case No.: 19-21703-ABA |
| Jacqueline C. Capps | ) | Chapter 13 |
| aka Jacqueline C Branham | ) | Judge Andrew B. Altenburg, Jr. |
| aka Jacqueline C. Branham-Capps | | |
| Debtors | | |

**REQUEST FOR NOTICE**

**COMES NOW,** Julian Cotton of Padgett Law Group, and files this Request for Notice on behalf of MCLP Asset Company, Inc., and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the address below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 14th day of July 2023.

Respectfully submitted,

/S/ Julian Cotton
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@Padgettlawgroup.com
*Authorized Agent for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 14th day of July 2023:

        Respectfully submitted,

        /S/ Julian Cotton
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        PLGinquiries@Padgettlawgroup.com
        *Authorized Agent for Creditor*

## SERVICE LIST (CASE NO.: 19-21703-ABA)

**By U.S. First Class Mail**

*Debtor*
Thomas A Capps, Jr.
9 Battles Rd
Williamstown, NJ 08094
GLOUCESTER-NJ

*Joint Debtor*
Jacqueline C Capps
9 Battles Rd
Williamstown, NJ 08094
GLOUCESTER-NJ
aka Jacqueline C. Branham
aka Jacqueline C. Branham-Capps

**By Electronic Service**

*Attorney*
Seymour Wasserstrum
Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, NJ 08360

*Trustee*
Isabel Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38-Suite 580
Cherry Hill, NJ 08002

*U.S. Trustee*
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102