UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: Andrew M. Lubin, Esq. (Atty.**
**I.D.#AL0814)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: MCLP Asset Company,
Inc.

Order Filed on March 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN re:

Thomas A Capps, Jr. and Jacqueline C Capps
    Debtors

Case No.: 19-21703-ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

## ORDER APPROVING APPLYING EMERGENCY MORTGAGE ASSISTANCE FUNDS

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: March 12, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:  Thomas A Capps, Jr. and Jacqueline C Capps

Case No: 19-21703-ABA

Caption of Order:    ORDER APPROVING APPLYING EMERGENCY MORTGAGE ASSISTANCE FUNDS

Upon the motion of MCLP Asset Company, Inc. for approval to apply emergency mortgage assistance funds to the Debtors' mortgage account, and for good cause shown, it is hereby:

ORDERED that the secured creditor is approve to apply emergency mortgage funds to the Debtors' mortgage account regarding the lien on the property located at 9 Battles Rd, Williamstown, NJ 08094;

ORDERED that from these funds, any remainder of the pre-petition arrears due to MCLP Asset Company, Inc, payable through the Debtors' Plan, shall be paid to Secured Creditor, MCLP Asset Company, Inc, and that any remaining funds be applied to cure any post-petition arrears,

ORDERED that Debtors shall file a Modified Chapter 13 Plan within 21 days of the entry of this Order:

ORDERED THAT Secured Creditor shall file an amended proof of claim within thirty days of the entry of this Order.