| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC** <br> **By: Andrew M. Lubin, Esq. (Atty. I.D.#AL0814)** <br> **216 Haddon Avenue, Suite 201** <br> **Westmont, NJ 08108** <br> **856-858-7080** <br> Attorneys for Movant: MCLP Asset Company, Inc. | Order Filed on March 12, 2024 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| IN re: <br><br> Thomas A Capps, Jr. and Jacqueline C Capps <br>    Debtors | Case No.: 19-21703-ABA <br> Chapter: 13 <br> Judge: Andrew B. Altenburg Jr. |

**ORDER APPROVING APPLYING EMERGENCY MORTGAGE ASSISTANCE FUNDS**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

DATED: March 12, 2024

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors: Thomas A Capps, Jr. and Jacqueline C Capps

Case No: 19-21703-ABA

Caption of Order: ORDER APPROVING APPLYING EMERGENCY MORTGAGE ASSISTANCE FUNDS

---

Upon the motion of MCLP Asset Company, Inc. for approval to apply emergency mortgage assistance funds to the Debtors' mortgage account, and for good cause shown, it is hereby:

ORDERED that the secured creditor is approve to apply emergency mortgage funds to the Debtors' mortgage account regarding the lien on the property located at 9 Battles Rd, Williamstown, NJ 08094;

ORDERED that from these funds, any remainder of the pre-petition arrears due to MCLP Asset Company, Inc, payable through the Debtors' Plan, shall be paid to Secured Creditor, MCLP Asset Company, Inc, and that any remaining funds be applied to cure any post-petition arrears,

ORDERED that Debtors shall file a Modified Chapter 13 Plan within 21 days of the entry of this Order:

ORDERED THAT Secured Creditor shall file an amended proof of claim within thirty days of the entry of this Order.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-21703-ABA

Thomas A Capps, Jr.     Chapter 13

Jacqueline C Capps

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Mar 13, 2024     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A Capps, Jr., Jacqueline C Capps, 9 Battles Rd, Williamstown, NJ 08094-2034 |
| aty | + | Daniel Zones, 48 Cunningham Lane, Cherry Hill, NJ, NJ 08003-2502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew M. Lubin | on behalf of Creditor MCLP Asset Company Inc., nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC kmcdonald@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2024 | Form ID: pdf903 | Total Noticed: 2 |

|  |  |
|---|---|
|  | bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jacqueline C Capps mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Power of Attorney Jacqueline C. Capps mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Thomas A Capps  Jr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Wade Dickey | on behalf of Creditor Township of Monroe wdickey@floriolaw.com  nwatson@floriolaw.com |

TOTAL: 10