Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21703−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas A Capps Jr.
9 Battles Rd
Williamstown, NJ 08094

Jacqueline C Capps
aka Jacqueline C Branham, aka Jacqueline
C Branham−Capps
9 Battles Rd
Williamstown, NJ 08094

Social Security No.:
xxx−xx−6848

xxx−xx−3507

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 25, 2024.

Dated: July 25, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21703-ABA |
| Thomas A Capps, Jr. | Chapter 13 |
| Jacqueline C Capps | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 25, 2024 | Form ID: plncf13 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A Capps, Jr., Jacqueline C Capps, 9 Battles Rd, Williamstown, NJ 08094-2034 |
| aty | + | Daniel Zones, 48 Cunningham Lane, Cherry Hill, NJ, NJ 08003-2502 |
| 518296856 | + | AFC Urgent Care, 475 Hurffville Crosskeys Road, ste B, Sewell, NJ 08080-2360 |
| 518296858 | | Asset Maximization Group Inc, PO Box 190191, South Richmond Hill, NY 11419-0191 |
| 518705216 | + | Atlantica, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 518705217 | + | Atlantica, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Atlantica, LLC Land Home Financial Services 92704-7915 |
| 518296864 | | D&A Services, 1400 E Touhy Ave, Millville, NJ 08332 |
| 518296866 | | Inspira Health, P.O. Box 48274, Newark, NJ 07101-8474 |
| 518296870 | + | Kennedy medical group, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 518296871 | + | Monroe Township Tax Assessor, 125 Virginia Avenue, Williamstown, NJ 08094-1777 |
| 518332614 | + | Morgan Stanley Mortgage Capital Holdings LLC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518296872 | + | New Jersey Urology, LLC, 1515 Broad Street, Suite B130, Bloomfield, NJ 07003-3085 |
| 518296878 | + | SCHC Pediatric Anes, PO Box 784456, Philadelphia, PA 19178-4456 |
| 518296880 | + | SMA Medical Lab, Inc, 940 Pennsylvania Blvd, Ste E, Feasterville, PA 19053-7834 |
| 518296877 | | Sams Club, PO Box 350942, Atlanta, GA 30353 |
| 518495304 | + | Township of Monroe (Gloucester County), 125 Virginia Avenue, Williamstown, NJ 08094-1768 |
| 518296883 | | Wilmington Savings Fund Society, 145 Clinton Street, Delaware City, DE 19706 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518296855 | + | Email/Text: collections@abcofcu.org | Jul 25 2024 20:33:00 | ABCO Federal Cr Union, P.O. Box 247, Rancocas, NJ 08073-0247 |
| 518296857 | + | Email/Text: bnc@alltran.com | Jul 25 2024 20:32:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518296859 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 25 2024 20:33:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 518411804 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 25 2024 20:33:00 | Bridgecrest, P O Box 29018, Phoenix, AZ 85038-9018 |
| 518296860 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 25 2024 20:33:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 518296863 | | Email/Text: BKBCNMAIL@carringtonms.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 25 2024 20:32:00 | Carrington Mortgage Services, 1610 E Saint Andrew Pl, Santa Ana, CA 92705 |
| 518296861 | + | Email/Text: bankruptcy@cavps.com | Jul 25 2024 20:33:00 | Calalry Portfolio, PO Box 27288, C/O Sprint, Tempe, AZ 85285-7288 |
| 518296862 | + | Email/Text: amanda@cascollects.com | Jul 25 2024 20:33:00 | Capital Collections, PO box 150, West Berlin, NJ 08091-0150 |
| 518299618 | + | Email/Text: bankruptcy@cavps.com | Jul 25 2024 20:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518296865 | ^ | MEBN | Jul 25 2024 20:30:07 | Financial Recoveries, 200 E Park Drive Ste 100, Mount Laurel, NJ 08054-1297 |
| 518296868 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2024 20:33:00 | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 519974255 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 25 2024 20:32:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519974254 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 25 2024 20:32:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520309027 | | Email/Text: mtgbk@shellpointmtg.com | Jul 25 2024 20:32:00 | MCLP Asset Company, Inc. c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 518418020 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 25 2024 20:33:00 | Morgan Stanley Mortgage Capital Holdings LLC, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518296873 | ^ | MEBN | Jul 25 2024 20:29:22 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518296874 | + | Email/PDF: cbp@omf.com | Jul 25 2024 20:44:24 | One Main Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 518331001 | + | Email/PDF: cbp@omf.com | Jul 25 2024 20:44:08 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 519971386 | | Email/Text: bkecf@padgettlawgroup.com | Jul 25 2024 20:33:00 | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 518296876 | | Email/Text: banko@preferredcredit.com | Jul 25 2024 20:32:00 | Preferred Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 518296875 | | Email/Text: bankruptcies@penncredit.com | Jul 25 2024 20:33:00 | Penn Credit Corp, PO Box 988, C/O QVC, Harrisburg, PA 17108-0988 |
| 518296882 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 25 2024 20:32:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518357139 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 25 2024 20:32:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518357279 | | Email/Text: bankruptcy@bbandt.com | Jul 25 2024 20:33:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 518296879 | | Email/Text: bankruptcy@bbandt.com | Jul 25 2024 20:33:00 | Sheffield Financial, P.O. Box 580229, Charlotte, NC 28258-0229 |
| 518296881 | + | Email/Text: bankruptcynotice@sjindustries.com | Jul 25 2024 20:33:00 | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 518586749 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 25 2024 20:33:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: plncf13 | Total Noticed: 49 |

| 518586750 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
|---|---|---|---|
| | | Jul 25 2024 20:33:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518298068 | ^ MEBN | | |
| | | Jul 25 2024 20:30:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518495255 | Email/Text: jpotopchuk@monroetownshipnj.org | | |
| | | Jul 25 2024 20:33:00 | Township of Monroe, 125 Virginia Avenue, Williamstown, NJ 08094 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| poa | *+ | Jacqueline C. Capps, 9 Battles Road, Williamstown, NJ 08094-2034 |
| cr | *P++ | TOWNSHIP OF MONROE, ATTN TAX COLLECTOR'S OFFICE, 125 VIRGINIA AVENUE, WILLIAMSTOWN NJ 08094-1768, address filed with court:, Township of Monroe, 125 Virginia Avenue, Williamstown, NJ 08094 |
| 518296867 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518296869 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Lubin | on behalf of Creditor MCLP Asset Company Inc., nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Power of Attorney Jacqueline C. Capps mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Thomas A Capps Jr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 25, 2024 | Form ID: plncf13 | Total Noticed: 49 |

Seymour Wasserstrum
    on behalf of Joint Debtor Jacqueline C Capps mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Wade Dickey
    on behalf of Creditor Township of Monroe wdickey@floriolaw.com nwatson@floriolaw.com

TOTAL: 10