Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21703−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas A Capps Jr.                          Jacqueline C Capps
   9 Battles Rd                                aka Jacqueline C Branham, aka Jacqueline
   Williamstown, NJ 08094                      C Branham−Capps
                                               9 Battles Rd
                                               Williamstown, NJ 08094

Social Security No.:
   xxx−xx−6848                                 xxx−xx−3507

Employer's Tax I.D. No.:

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐  Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐  Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐  Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐  Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐  Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐  Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐  An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 24, 2024
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas A Capps, Jr.  
Jacqueline C Capps  
    Debtors

Case No. 19-21703-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Sep 24, 2024      Form ID: cscnodsc      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas A Capps, Jr., 9 Battles Rd, Williamstown, NJ 08094-2034 |
| jdb | + | Jacqueline C Capps, 9 Battles Rd, Williamstown, NJ 08094-2034 |
| aty | + | Daniel Zones, 48 Cunningham Lane, Cherry Hill, NJ, NJ 08003-2502 |
| 518296856 | + | AFC Urgent Care, 475 Hurffville Crosskeys Road, ste B, Sewell, NJ 08080-2360 |
| 518296858 | | Asset Maximization Group Inc, PO Box 190191, South Richmond Hill, NY 11419-0191 |
| 518705216 | + | Atlantica, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 518705217 | + | Atlantica, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Atlantica, LLC Land Home Financial Services 92704-7915 |
| 518296864 | | D&A Services, 1400 E Touhy Ave, Millville, NJ 08332 |
| 518296866 | | Inspira Health, P.O. Box 48274, Newark, NJ 07101-8474 |
| 518296870 | + | Kennedy medical group, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 518296871 | + | Monroe Township Tax Assessor, 125 Virginia Avenue, Williamstown, NJ 08094-1777 |
| 518332614 | + | Morgan Stanley Mortgage Capital Holdings LLC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518296872 | + | New Jersey Urology, LLC, 1515 Broad Street, Suite B130, Bloomfield, NJ 07003-3085 |
| 518296878 | + | SCHC Pediatric Anes, PO Box 784456, Philadelphia, PA 19178-4456 |
| 518296880 | + | SMA Medical Lab, Inc, 940 Pennsylvania Blvd, Ste E, Feasterville, PA 19053-7834 |
| 518296877 | | Sams Club, PO Box 350942, Atlanta, GA 30353 |
| 518495304 | + | Township of Monroe (Gloucester County), 125 Virginia Avenue, Williamstown, NJ 08094-1768 |
| 518296883 | | Wilmington Savings Fund Society, 145 Clinton Street, Delaware City, DE 19706 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2024 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2024 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518296855 | + | Email/Text: collections@abcofcu.org | Sep 24 2024 20:41:00 | ABCO Federal Cr Union, P.O. Box 247, Rancocas, NJ 08073-0247 |
| 518296857 | + | Email/Text: bnc@alltran.com | Sep 24 2024 20:40:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518296859 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 24 2024 20:41:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 518411804 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 24 2024 20:41:00 | Bridgecrest, P O Box 29018, Phoenix, AZ 85038-9018 |
| 518296860 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 24 2024 20:41:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |

Case 19-21703-ABA    Doc 65    Filed 09/26/24    Entered 09/27/24 00:13:39    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 24, 2024 | Form ID: cscnodsc | Total Noticed: 50 |

| | | | | |
| --- | --- | --- | --- | --- |
| 518296863 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 24 2024 20:40:00 | Carrington Mortgage Services, 1610 E Saint Andrew Pl, Santa Ana, CA 92705 |
| 518296861 | + | Email/Text: bankruptcy@cavps.com | Sep 24 2024 20:41:00 | Calalry Portfolio, PO Box 27288, C/O Sprint, Tempe, AZ 85285-7288 |
| 518296862 | + | Email/Text: amanda@cascollects.com | Sep 24 2024 20:41:00 | Capital Collections, PO box 150, West Berlin, NJ 08091-0150 |
| 518299618 | + | Email/Text: bankruptcy@cavps.com | Sep 24 2024 20:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518296865 | ^ | MEBN | Sep 24 2024 20:34:13 | Financial Recoveries, 200 E Park Drive Ste 100, Mount Laurel, NJ 08054-1297 |
| 518296868 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2024 20:41:00 | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 519974255 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 24 2024 20:40:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519974254 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 24 2024 20:40:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520309027 | | Email/Text: mtgbk@shellpointmtg.com | Sep 24 2024 20:40:00 | MCLP Asset Company, Inc. c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 518418020 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 24 2024 20:40:00 | Morgan Stanley Mortgage Capital Holdings LLC, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518296873 | ^ | MEBN | Sep 24 2024 20:32:52 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518296874 | + | Email/PDF: cbp@omf.com | Sep 24 2024 20:47:17 | One Main Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 518331001 | + | Email/PDF: cbp@omf.com | Sep 24 2024 20:47:04 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 519971386 | | Email/Text: bkecf@padgettlawgroup.com | Sep 24 2024 20:40:00 | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 518296876 | | Email/Text: banko@preferredcredit.com | Sep 24 2024 20:40:00 | Preferred Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 518296875 | | Email/Text: bankruptcies@penncredit.com | Sep 24 2024 20:40:00 | Penn Credit Corp, PO Box 988, C/O QVC, Harrisburg, PA 17108-0988 |
| 518296882 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 24 2024 20:40:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518357139 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 24 2024 20:40:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518357279 | | Email/Text: bankruptcy@bbandt.com | Sep 24 2024 20:41:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 518296879 | | Email/Text: bankruptcy@bbandt.com | Sep 24 2024 20:41:00 | Sheffield Financial, P.O. Box 580229, Charlotte, NC 28258-0229 |
| 518296881 | + | Email/Text: bankruptcynotice@sjindustries.com | Sep 24 2024 20:41:00 | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 518586749 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 24 2024 20:40:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado |

Case 19-21703-ABA    Doc 65    Filed 09/26/24    Entered 09/27/24 00:13:39    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: cscnodsc | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 518586750 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 24 2024 20:40:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518298068 | ^ | MEBN | Sep 24 2024 20:34:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518495255 |  | Email/Text: jpotopchuk@monroetownshipnj.org | Sep 24 2024 20:40:00 | Township of Monroe, 125 Virginia Avenue, Williamstown, NJ 08094 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| poa | *+ | Jacqueline C. Capps, 9 Battles Road, Williamstown, NJ 08094-2034 |
| cr | *P++ | TOWNSHIP OF MONROE, ATTN TAX COLLECTOR'S OFFICE, 125 VIRGINIA AVENUE, WILLIAMSTOWN NJ 08094-1768, address filed with court:, Township of Monroe, 125 Virginia Avenue, Williamstown, NJ 08094 |
| 518296867 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518296869 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024                      Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Lubin | on behalf of Creditor MCLP Asset Company Inc., nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |

| | |
|---|---|
| Seymour Wasserstrum | on behalf of Power of Attorney Jacqueline C. Capps mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Thomas A Capps  Jr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jacqueline C Capps mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Wade Dickey | on behalf of Creditor Township of Monroe wdickey@floriolaw.com  nwatson@floriolaw.com |

TOTAL: 11