| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Seymour Wasserstrum, SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor | Order Filed on October 29, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Thomas A. Capps Jr.<br>Jacqueline C. Capps | Case No.: 19-21703<br>Hearing Date: 10/29/2024<br>Judge: ABA<br>Chapter: 13 |

Recommended Local Form:    ☐ Followed    ☒ Modified

## ORDER REOPENING CASE
for the sole purpose to file Certification in Support of Discharge

The relief set forth on the following page is **ORDERED**.

**DATED: October 29, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Thomas A. Capps Jr. and Jacqueline C. Capps_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __14__ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2