Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21703−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas A Capps Jr.
9 Battles Rd
Williamstown, NJ 08094

Jacqueline C Capps
aka Jacqueline C Branham, aka Jacqueline C Branham−Capps
9 Battles Rd
Williamstown, NJ 08094

Social Security No.:
   xxx−xx−6848                                xxx−xx−3507

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 30, 2024               Andrew B. Altenburg Jr.
                                      Judge, United States Bankruptcy Court