**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas A Capps Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6848<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jacqueline C Capps<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3507<br>EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–21703–ABA

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas A Capps Jr.

Jacqueline C Capps
aka Jacqueline C Branham, aka Jacqueline C Branham–Capps

10/30/24

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-21703-ABA
Thomas A Capps, Jr.                                                                              Chapter 13
Jacqueline C Capps
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                                 Page 1 of 4
Date Rcvd: Oct 30, 2024                Form ID: 3180W                              Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID  |    | Recipient Name and Address |
|-----------|----|----------------------------|
| db/jdb    | +  | Thomas A Capps, Jr., Jacqueline C Capps, 9 Battles Rd, Williamstown, NJ 08094-2034 |
| aty       | +  | Daniel Zones, 48 Cunningham Lane, Cherry Hill, NJ, NJ 08003-2502 |
| 518296856 | +  | AFC Urgent Care, 475 Hurffville Crosskeys Road, ste B, Sewell, NJ 08080-2360 |
| 518296858 |    | Asset Maximization Group Inc, PO Box 190191, South Richmond Hill, NY 11419-0191 |
| 518705216 | +  | Atlantica, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 518705217 | +  | Atlantica, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Atlantica, LLC Land Home Financial Services 92704-7915 |
| 518296864 |    | D&A Services, 1400 E Touhy Ave, Millville, NJ 08332 |
| 518296866 |    | Inspira Health, P.O. Box 48274, Newark, NJ 07101-8474 |
| 518296870 | +  | Kennedy medical group, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 518296871 | +  | Monroe Township Tax Assessor, 125 Virginia Avenue, Williamstown, NJ 08094-1777 |
| 518332614 | +  | Morgan Stanley Mortgage Capital Holdings LLC, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518296872 | +  | New Jersey Urology, LLC, 1515 Broad Street, Suite B130, Bloomfield, NJ 07003-3085 |
| 518296878 | +  | SCHC Pediatric Anes, PO Box 784456, Philadelphia, PA 19178-4456 |
| 518296880 | +  | SMA Medical Lab, Inc, 940 Pennsylvania Blvd, Ste E, Feasterville, PA 19053-7834 |
| 518296877 |    | Sams Club, PO Box 350942, Atlanta, GA 30353 |
| 518495304 | +  | Township of Monroe (Gloucester County), 125 Virginia Avenue, Williamstown, NJ 08094-1768 |
| 518296883 |    | Wilmington Savings Fund Society, 145 Clinton Street, Delaware City, DE 19706 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |    | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|-----------|----|----------------------------|-----------|----------------------------|
| smg       |    | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | +  | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518296855 | +  | Email/Text: collections@abcofcu.org | Oct 30 2024 20:36:00 | ABCO Federal Cr Union, P.O. Box 247, Rancocas, NJ 08073-0247 |
| 518296857 | +  | EDI: URSI.COM | Oct 31 2024 00:31:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518296859 | +  | Email/Text: bankruptcy@pepcoholdings.com | Oct 30 2024 20:35:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 518411804 | +  | Email/Text: rm-bknotices@bridgecrest.com | Oct 30 2024 20:36:00 | Bridgecrest, P O Box 29018, Phoenix, AZ 85038-9018 |
| 518296860 | +  | Email/Text: rm-bknotices@bridgecrest.com | Oct 30 2024 20:36:00 | Bridgecrest, 7300 E Hampton Ave, Mesa, AZ 85209-3324 |
| 518296863 |    | Email/Text: BKBCNMAIL@carringtonms.com |  |  |

Case 19-21703-ABA    Doc 73    Filed 11/01/24    Entered 11/02/24 00:14:50    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 30, 2024 | Form ID: 3180W | Total Noticed: 49 |

| Recipient ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Oct 30 2024 20:35:00 | Carrington Mortgage Services, 1610 E Saint Andrew Pl, Santa Ana, CA 92705 |
| 518296861 | + | Email/Text: bankruptcy@cavps.com | Oct 30 2024 20:36:00 | Calalry Portfolio, PO Box 27288, C/O Sprint, Tempe, AZ 85285-7288 |
| 518296862 | + | Email/Text: amanda@cascollects.com | Oct 30 2024 20:36:00 | Capital Collections, PO box 150, West Berlin, NJ 08091-0150 |
| 518299618 | + | Email/Text: bankruptcy@cavps.com | Oct 30 2024 20:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518296865 | ^ | MEBN | Oct 30 2024 20:36:38 | Financial Recoveries, 200 E Park Drive Ste 100, Mount Laurel, NJ 08054-1297 |
| 518296868 | | EDI: IRS.COM | Oct 31 2024 00:31:00 | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 519974255 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 30 2024 20:35:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing 29603-0826 |
| 519974254 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 30 2024 20:35:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520309027 | | Email/Text: mtgbk@shellpointmtg.com | Oct 30 2024 20:35:00 | MCLP Asset Company, Inc. c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 518418020 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 30 2024 20:35:00 | Morgan Stanley Mortgage Capital Holdings LLC, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518296873 | ^ | MEBN | Oct 30 2024 20:34:41 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518296874 | + | EDI: AGFINANCE.COM | Oct 31 2024 00:31:00 | One Main Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 518331001 | + | EDI: AGFINANCE.COM | Oct 31 2024 00:31:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 519971386 | | Email/Text: bkecf@padgettlawgroup.com | Oct 30 2024 20:35:00 | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 518296876 | | Email/Text: banko@preferredcredit.com | Oct 30 2024 20:35:00 | Preferred Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 518296875 | | Email/Text: bankruptcies@penncredit.com | Oct 30 2024 20:35:00 | Penn Credit Corp, PO Box 988, C/O QVC, Harrisburg, PA 17108-0988 |
| 518296882 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 30 2024 20:35:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518357139 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 30 2024 20:35:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518357279 | | Email/Text: bankruptcy@bbandt.com | Oct 30 2024 20:35:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 518296879 | | Email/Text: bankruptcy@bbandt.com | Oct 30 2024 20:35:00 | Sheffield Financial, P.O. Box 580229, Charlotte, NC 28258-0229 |
| 518296881 | + | Email/Text: bankruptcynotice@sjindustries.com | Oct 30 2024 20:35:00 | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577 |
| 518586749 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 30 2024 20:35:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 518586750 | | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 30 2024 20:35:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518298068 | | ^ MEBN | Oct 30 2024 20:36:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518495255 | | Email/Text: jpotopchuk@monroetownshipnj.org | Oct 30 2024 20:35:00 | Township of Monroe, 125 Virginia Avenue, Williamstown, NJ 08094 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| poa | *+ | Jacqueline C. Capps, 9 Battles Road, Williamstown, NJ 08094-2034 |
| cr | *P++ | TOWNSHIP OF MONROE, ATTN TAX COLLECTOR'S OFFICE, 125 VIRGINIA AVENUE, WILLIAMSTOWN NJ 08094-1768, address filed with court:, Township of Monroe, 125 Virginia Avenue, Williamstown, NJ 08094 |
| 518296867 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518296869 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Lubin | on behalf of Creditor MCLP Asset Company Inc., nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Morgan Stanley Mortgage Capital Holdings LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 30, 2024 | Form ID: 3180W | Total Noticed: 49 |

| | |
|---|---|
| | on behalf of Power of Attorney Jacqueline C. Capps mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Thomas A Capps Jr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Jacqueline C Capps mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Wade Dickey | on behalf of Creditor Township of Monroe wdickey@floriolaw.com nwatson@floriolaw.com |

TOTAL: 11